FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 26 2006 ★

BROOKLYN OFFICE

# PAUL TESTAVERDE
Attorney and Counsellor at Law
40-42 National Street, Second Floor, Corona, New York 11368-2321
Telephone:(718) 779-8282   Fax:(718) 779-3306   E-mail:TestaverdeLaw@aol.com

September 20th, 2006

The Honorable David G. Trager          Sent via fax to: (718) 613-APPLICATION GRANTED.
United States District Judge                                    SO ORDERED.
United States District Court
225 Cadman Plaza East                                    s/David G. Trager 9/21/06
Brooklyn, New York 11201                                 David G. Trager
                                                         United States District Judge

RE: United States v. Rubi Gutierrez,
    Case #03-CR-02 (DGT), and,
    Case #02-CR-1519 (DGT).

Dear Judge Trager:

I am the attorney for Defendant Rubi Gutierrez in the above cases.

This defendant is currently released on bail with travel restricted to the Eastern and Southern Districts of New York.

I write to request that the Court remove all travel restrictions so that this defendant may freely travel within the continental United States of America.

The United States Pretrial Services Agency advised my Legal Assistant today that this defendant is no longer on pre-trial supervision and therefore their consent is not required for this request.

I was advised by A.U.S.A. Carolyn Pokorny last week that the Government consents to the within request to remove all travel restrictions.

Thank you for your time and consideration.

Sincerely,

PAUL TESTAVERDE

PT:sd
cc:   AUSA Carolyn Pokorny        Sent via e-mail to: carolyn.pokorny@usdoj.gov
P.S.: My Client has plans to travel to Florida from September 24th to 28th, 2006.